UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALRIC DESMOND ACKERSON | CIVIL ACTION |
| VERSUS | NUMBER  19-9158 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION  M (5) |

**ORDER**

The Court, having considered the cross-motions for summary judgment,[1] the record, the applicable law, the magistrate judge's Report and Recommendation,[2] and the plaintiff's objection to the magistrate judge's Report and Recommendation,[3] hereby approves the magistrate judge's Report and Recommendation and adopts it as its opinion herein.  In his objection, plaintiff does not controvert any of the findings of the Report and Recommendation, nor does he direct the Court to any medical evidence in the record supporting his contention that he was disabled under the criteria of Listing 11.14 (peripheral neuropathy).

Accordingly,

**IT IS ORDERED** that plaintiff's motions for summary judgment (R. Docs. 13 & 18) are DENIED, that defendant's motion for summary judgment (R. Doc. 17) is GRANTED, and that plaintiff's suit is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 26th day of August, 2020.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Docs. 13, 17 & 18.
[2] R. Doc. 21.
[3] R. Doc. 22.